| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 2:02CR06057-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Guillermo Jr. Cardenas 1598 Nickel Avenue, San Jose, CA 95121 | DISTRICT EASTERN DISTRICT OF WASHINGTON | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Fred L. Van Sickle | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/04/2009 — TO 02/03/2014 |

OFFENSE

Possession with Intent to Distribute a Controlled Substance

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF WASHINGTON"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 15, 2007
Date

_Fred Van Sickle_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF CALIFORNIA"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/6/07
Effective Date

United States District Judge