

# United States District Court
### Eastern District of Washington
Office of the Clerk

**JAMES R. LARSEN**
District Court Executive / Clerk of Court




July 3, 2007

United States District Court
Attn: Financial Administrator
2112 Robert F Peckham Federal Bldg
and United States Courthouse
280 South First Street
San Jose, CA 95113-3002

re: Guillermo Cardenas Jr.
    USDC EDWA #   02-CR-6057-001
    USDC NDCA #   0971/5:07CR00372 RMW

Attached are the financial documents for this defendant. Also enclosed is the transfer of jurisdiction order for transfer to the Northern District of California.. Please let us know if you have any questions or need further information on this transfer.

Sincerely,

Kelly Howard
Financial Specialist
USDC EDWA

encl.

*✗ financial docs to SF - Finance 7/6/7*

920 West Riverside, Thomas S. Foley United States Courthouse, Room 840
P.O. Box 1493 ▪ Spokane, Washington 99210
(509) 458-3400 ▪ FAX (509) 458-3420

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 2:02CR06057-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 0971/5:07CR00372 RMW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Guillermo Jr. Cardenas 1598 Nickel Avenue, San Jose, CA 95121 | DISTRICT EASTERN DISTRICT OF WASHINGTON | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Fred L. Van Sickle | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/04/2009 | TO 02/03/2014 |

FILED IN U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUL 02 2007
JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

OFFENSE

Possession with Intent to Distribute a Controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF WASHINGTON"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 15, 2007                                        /s/ Fred Van Sickle
Date                                                     United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF CALIFORNIA"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/6/07                                                  /s/
Effective Date                                      United States District Judge