

# United States
# District Court
**Eastern District of Washington**
Office of the Clerk

**JAMES R. LARSEN**
District Court Executive/Clerk of Court

July 3, 2007



FILED

JUL 1 1 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CR-07-372

United States District Court
Northern District of California
Phillip Burton United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102-3434

Attention:     Criminal Section

In Re:         USA vs  Cardenas Guillermo, Jr.
               Eastern District of Washington Case No.:  CR-02-6057-FVS

Dear Sir or Madam:

Enclosed please find a certified copy of the Transfer of Jurisdiction.  Also enclosed are certified copies of the Indictment, Judgment in a criminal case, and public docket sheet.  The financial information will be sent under separate cover.

Please acknowledge receipt of this letter on the copy and return it to our office.  Thank you.

JAMES R. LARSEN, CLERK

By: s/Virginia Reisenauer, Deputy Clerk

Enclosures

I ACKNOWLEDGE RECEIPT OF THE ABOVE-REFERENCED DOCUMENTS ON
DATE: _____.

By: _____
        Deputy Clerk



**CR 07 00372 RMW**

| | |
|---|---|
| PROB 22<br>(Rev. 2/88) | DOCKET NUMBER *(Tran. Court)*<br>2:02CR06057-001 |
| **TRANSFER OF JURISDICTION** FILED | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Guillermo Jr. Cardenas<br>1598 Nickel Avenue,<br>San Jose, CA 95121 | DISTRICT 2007 JUN 12 P 3: 30<br>EASTERN DISTRICT OF<br>WASHINGTON RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>U.S. DIST OF CA S. J | DIVISION |
|---|---|---|

| NAME OF SENTENCING JUDGE<br><br>The Honorable Fred L. Van Sickle | | |
|---|---|---|
| DATES OF PROBATION/SUPERVISED<br>RELEASE: | FROM<br>02/04/2009 | TO<br>02/03/2014 |

| OFFENSE<br><br>Possession with Intent to Distribute a Controlled Substance |
|---|

| PART 1 - ORDER TRANSFERRING JURISDICTION |
|---|

| UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF WASHINGTON" |
|---|
|   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.* |

| *May 15, 2007*<br>―――――――――<br>Date | *FredVan Sickle*<br>―――――――――――――<br>United States District Judge |
|---|---|

| *This sentence may be deleted in the discretion of the transferring Court. |
|---|

| PART 2 - ORDER ACCEPTING JURISDICTION |
|---|

| UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF CALIFORNIA" |
|---|
|   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order. |

| *6/6/07*<br>―――――――――<br>Effective Date | ―――――――――――――<br>United States District Judge |
|---|---|

| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>2:02CR06057-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>**0971/5:07CR00372 RMW** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Guillermo Jr. Cardenas<br>1598 Nickel Avenue,<br>San Jose, CA 95121 | DISTRICT<br><br>EASTERN DISTRICT OF WASHINGTON | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Fred L. Van Sickle | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>02/04/2009 | TO<br>02/03/2014 |

| OFFENSE<br><br>Possession with Intent to Distribute a Controlled Substance |
|---|

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JUL 0 2 2007**

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF WASHINGTON"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| May 15, 2007 | *Fred Van Sickle* |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF CALIFORNIA"

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

ATTEST A True Copy
JAMES R. LARSEN, CLERK
United States District Court
Eastern District of Washington
By _____
Deputy Clerk

| 6/6/07 | |
|---|---|
| Effective Date | United States District Judge |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 245B (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Eastern District of Washington

NOV 1 0 2003

JAMES R. LARSEN, CLERK

_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES OF AMERICA
v.
**Guillermo Cardenas, Jr.**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **2: 02CR06057-001**

Christopher Swaby
Defendant's Attorney

**THE DEFENDANT:**

[x] pleaded guilty to count(s): 16 of the Superseding Indictment
[ ] pleaded nolo contendere to counts(s)_____ which was accepted by the court.
[ ] was found guilty on count(s)_____ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance | 12/10/02 | 16S |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through _6_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) _____ and is discharged as to such count(s).

[x] Count(s) any remaining counts are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: xxxxx-3870

Defendant's Date of Birth: xxxxx1980

Defendant's USM No.: 15771-085

Defendant's Residence Address:
South 1505 Road 40 East, #17
Pasco, WA 99301

Defendant's Mailing Address:
Same as above

11/05/03
Date of Imposition of Judgment

_Fred Van Sickle_
Signature of Judicial Officer

The Honorable Fred L. Van Sickle
Name and Title of Judicial Officer

Chief Judge, U.S. District Court

Date
November 10, 2003

ATTEST A TRUE COPY
JAMES R. LARSEN, CLERK
United States District Court
Eastern District of Washington
By _____
Deputy Clerk

AO 245B (Rev. 3/01)  Sheet 2 - Imprisonment

CASE NUMBER: 2:02CR06057-001                                          Judgment - Page   2   of   6
DEFENDANT: Guillermo Cardenas, Jr.

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of     87 month(s)

[x]  The court makes the following recommendations to the Bureau of Prisons:
The defendant receive credit for time detained on federal and related state charges from 10/17/02. The defendant be designated to Lompoc and be allowed to participate in the Bureau of Prisons 500 hour drug treatment program.

[x]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district:
    [ ]  at _____ on _____
    [ ]  as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ]  before _____ on _____
    [ ]  as notified by the United States Marshal.
    [ ]  as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B (Rev. 3/01) Sheet 3 - Supervised Release

CASE NUMBER: 2:02CR06057-001                                         Judgment - Page  3  of  6
DEFENDANT: Guillermo Cardenas, Jr.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of        5  year(s)

While on supervised release, the defendant shall comply with the standard conditions of supervision adopted by this Court. Within 72 hours of release from the custody of the Bureau of Prisons the defendant shall report in person to the probation office in the district to which the defendant is released. The defendant shall comply with the following special conditions:

[X] See continuation page

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13,1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ]    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[X]    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated above).

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)  the defendant shall support his or her dependants and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Continuation Page - Supervised Release/Probation

CASE NUMBER: 2:02CR06057-001                                    Judgment - Page  4 of  6
DEFENDANT: Guillermo Cardenas, Jr.

## Continuation of Conditions of ☒ Supervised Release ☐ Probation

14.  You shall submit your person, residenece, office, or vehicle to a search, conducted by or at the direction of the supervising probation officer, in a reasonable manner, based upon a reasonable suspicion of contraband or evidence of violation of a condition of supervision.  Failure to submit to search may be grounds for revocation.  You shall warn persons with whom you share residence that the premises may be subject to search.

15.  You shall undergo a substance abuse evaluation as directed by the supervising probation officer, and if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall allow full reciprocal disclosure between the probation officer and treatment provider.  You shall contribute to the cost of treatment according to your ability, as determined by the supervising probation officer.

16.  You shall abstain from illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
            Sheet 5, Part A — Criminal Monetary Penalties

Judgment - Page 5 of 6

CASE NUMBER: 2: 02CR06057-001
DEFENDANT: Guillermo Cardenas, Jr.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $100.00 | | $3,335.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Drug Enforcemnt Agency | $3,200.00 | $3,200.00 | |
| Tri-City Metro | $135.00 | $135.00 | |

☐ See Continuation Page

| **TOTALS** | $3,335.00 | $3,335.00 | |
|---|---|---|---|

☐ If applicable, restitution amount ordered pursuant to plea agreement _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine and/or   ☒ restitution.

    ☐ the interest requirement for the   ☐ fine and/or   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
Sheet 5, Part B — Criminal Monetary Penalties

Judgment - Page  6  of  6

CASE NUMBER:  2: 02CR06057-001
DEFENDANT: Guillermo Cardenas, Jr.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A    ☐    Lump sum payment of _____ due immediately, balance due

☐ not later than _____, or
☐ in accordance with  ☐ C,    ☐ D, or    ☐ E below; or

B    ☒    Payment to begin immediately (may be combined with C, D, or E below); or

C    ☐    Payment in _equal_ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☐    Payment in _equal_ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _week(s)_ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    ☒    Special instructions regarding the payment of criminal monetary penalties:

The defendant shall participate in the United States Bureau of Prisons Inmate Financial Responsibility Program.  Payments shall be made to the Clerk, U.S. District Court, Attention:  Finance,  P. O. Box 1493, Spokane, WA  99210-1493.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

Case Number, Defendant Name, and Joint and Several Amount:

☐    The defendant shall pay the cost of prosecution.

☐ See Continuation
Page

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

1

2

3
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 1 6 2002

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

4  JAMES A. McDEVITT
   United States Attorney

5
   ROBERT A. ELLIS
6  Assistant United States Attorney
   402 E. Yakima Avenue, Suite 210
7  Yakima, WA    98901
   (509) 454-4425
8

9            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
10

11  UNITED STATES OF AMERICA,    CR-02-6057-FVS

12            Plaintiff,       )    INDICTMENT
                               )
13       v.                    )    Vios:  Ct. 1 - 21 U.S.C. § 846
                               )    Conspiracy to Distr. Contr. Sub.
14  MARIA MADRIGAL,            )    Cts. 2 - 13 & 15    U.S.C. § 841(a)(1)
    SAUL ALPIZAR,              )    Distribution of Controlled Sub.
15  HUMBERTO FONSECA,          )    Ct. 14 - 21 U.S.C. § 841(a)(1)
    GUILLERMO CARDENAS,        )    Poss. With Intent to Distr. Contr. Sub.
16  AMADOR MAGANA,             )
    PONCHO LNU, (last name unknown) )
17                             )
             Defendants.       )
18  _____    )

19

20       The Grand Jury charges:

21                      COUNT 1

22       Beginning on or about July 1, 2001, the exact date being unknown to the Grand

23  Jury, and continuing to on or about October 16, 2002,  both dates being approximate

24  and inclusive, in the Eastern District of Washington, at Pasco and Kennewick; and

25  elsewhere, the defendants, MARIA MADRIGAL, SAUL ALPIZAR, HUMBERTO

26  FONSECA, GUILLERMO CARDENAS, AMADOR MAGANA and PONCHO LNU,

27  knowingly and intentionally combined, conspired, confederated and agreed together

28  Indictment - Page 1



1    and with each other, and with other persons known and unknown to the Grand Jury, to

2    commit the following offenses against the United States: distribution of a controlled

3    substance, to wit, over 500 grams of cocaine, a Schedule II controlled substance, in

4    violation of Title 21, United States Code, Section 841 (a)(1); all in violation of Title 21,

5    United States Code, Section 846.

6

7                                    COUNT 2

8        . On or about August 28, 2001, at Pasco, in the Eastern District of Washington,

9    the defendant, AMADOR MAGANA, knowingly and intentionally distributed cocaine, a

10   Schedule II controlled substance; in violation of Title 21, United States Code, Section

11   841(a)(1).

12

13                                   COUNT 3

14       On or about September 6, 2001, at Pasco, in the Eastern District of Washington,

15   the defendant, AMADOR MAGANA, knowingly and intentionally distributed cocaine, a

16   Schedule II controlled substance; in violation of Title 21, United States Code, Section

17   841(a)(1).

18

19                                   COUNT 4

20       On or about September 27,  2001, at Pasco, in the Eastern District of

21   Washington, the defendants, AMADOR MAGANA and SAUL ALPIZAR, knowingly and

22   intentionally distributed cocaine, a Schedule II controlled substance; in violation of Title

23   21, United States Code, Section 841(a)(1).

24

25                                   COUNT 5

26       On or about October 19, 2001, at Pasco, in the Eastern District of Washington,

27

28   Indictment - Page 2

1  the defendants, HUMBERTO FONSECA, MARIA MADRIGAL and PONCHO LNU,

2  knowingly and intentionally distributed cocaine, a Schedule II controlled substance; in

3  violation of Title 21, United States Code, Section 841(a)(1).

4

5                              COUNT 6

6      On or about November 30, 2001, at Pasco, in the Eastern District of Washington,

7  the defendant, GUILLERMO CARDENAS, knowingly and intentionally distributed

8  cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code,

9  Section 841(a)(1).

10

11                              COUNT 7

12     On or about December 12, 2001, at Kennewick, in the Eastern District of

13  Washington, the defendant, GUILLERMO CARDENAS, knowingly and intentionally

14  distributed cocaine, a Schedule II controlled substance; in violation of Title 21, United

15  States Code, Section 841(a)(1).

16

17                              COUNT 8

18     On or about February 5, 2002, at Kennewick, in the Eastern District of

19  Washington, the defendant, GUILLERMO CARDENAS, knowingly and intentionally

20  distributed cocaine, a Schedule II controlled substance; in violation of Title 21, United

21  States Code, Section 841(a)(1).

22                              COUNT 9

23     On or about February 27, 2002, at Pasco, in the Eastern District of Washington,

24  the defendant, MARIA MADRIGAL, knowingly and intentionally distributed cocaine, a

25  Schedule II controlled substance; in violation of Title 21, United States Code, Section

26  841(a)(1).

27

28  Indictment - Page 3

1

## COUNT 10

2     On or about March 19, 2002, at Pasco, in the Eastern District of Washington, the

3 defendant, MARIA MADRIGAL and HUMBERTO FONSECA, knowingly and

4 intentionally distributed cocaine, a Schedule II controlled substance; all in violation of

5 Title 21, United States Code, Section 841(a)(1).

6

7

## COUNT 11

8     On or about April 11, 2002, at Pasco, in the Eastern District of Washington, the

9 defendant, MARIA MADRIGAL and HUMBERTO FONSECA, knowingly and

10 intentionally distributed cocaine, a Schedule II controlled substance; all in violation of

11 Title 21, United States Code, Section 841(a)(1).

12

13

## COUNT 12

14     On or about May 28, 2002, at Kennewick, in the Eastern District of Washington,

15 the defendant, GUILLERMO CARDENAS, knowingly and intentionally distributed

16 cocaine, a Schedule II controlled substance; all in violation of Title 21, United States

17 Code, Section 841(a)(1).

18

19

## COUNT 13

20     On or about May 30, 2002, at Kennewick, in the Eastern District of Washington,

21 the defendant, GUILLERMO CARDENAS, knowingly and intentionally distributed

22 cocaine, a Schedule II controlled substance; all in violation of Title 21, United States

23 Code, Section 841(a)(1).

24

25

## COUNT 14

26     On or about May 31, 2002, at Kennewick, in the Eastern District of Washington,

27

28 Indictment - Page 4

1  and elsewhere, the defendant, GUILLERMO CARDENAS, knowingly and intentionally

2  possessed with intent to distribute a Schedule II controlled substance, to wit, cocaine;

3  all in violation of Title 21, United States Code, Section 841(a)(1).

4

5                              <u>COUNT 15</u>

6        On or about July 16, 2002, at Pasco, in the Eastern District of Washington, the

7  defendant, HUMBERTO FONSECA, knowingly and intentionally distributed cocaine, a

8  Schedule II controlled substance; all in violation of Title 21, United States Code, Section

9  841(a)(1).

10       DATED this 16th day of October, 2002.

11                              A TRUE BILL

12

13                              FOREMAN

14  JAMES A. McDEVITT
    United States Attorney

15

16  DONALD E. KRESSE, Jr.,
    Supervisory Assistant United States Attorney

17

18  ROBERT A. ELLIS
    Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28  Indictment - Page 5

ATTEST A True Copy
JAMES R. LARSEN, CLERK
United States District Court
Eastern District of Washington
By
                    Deputy Clerk

CLOSED, INTERPRETER, LC01, LOCATION-CUSTODY

# Eastern District of Washington
# U.S. District Court (Spokane)
## CRIMINAL DOCKET FOR CASE #: 2:02-cr-06057-FVS All Defendants

Case title: USA v. Cardenas                      Date Filed: 10/16/2002
Other court case number: :00- -00000 (INTERP - Spanish)    Date Terminated: 11/10/2003

Assigned to: Judge Fred Van Sickle

Appeals court case number: '04-30019'
'9CCA'

**Defendant**

**Guillermo Cardenas** (1)          represented by  **Edwin F Alden**
*TERMINATED: 11/10/2003*                           Edwin F Alden Attorney at Law
                                                   3902 West Clearwater St
                                                   Suite 108
                                                   Kennewick, WA 99336
                                                   509-735-0441
                                                   Fax: 15097839073
                                                   Email: efalden@aldenlaw.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: CJA Appointment*

                                                   **Christopher Andrew Swaby**
                                                   Christopher Swaby Law Office
                                                   P O Box 771
                                                   Richland, WA 99352
                                                   509-628-3592
                                                   Email: swabylaw@charter.net
                                                   *TERMINATED: 12/22/2004*
                                                   *Designation: Retained*

                                                   **Dan Bruce Johnson**
                                                   Dan B Johnson P S
                                                   601 Northtown Office Building
                                                   4407 N Division
                                                   Spokane, WA 99207
                                                   483-5311
                                                   Fax: 15094833876
                                                   Email: johnsondanbps@qwest.net
                                                   *TERMINATED: 10/20/2005*
                                                   *Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE (16s) | Imprisonment 87 months w/credit for time served; Supervised Release 5 yrs; Fine waived; Restitution $3,335.00; S.A. $100.00; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | U.S.'s motion to dismiss remaining counts is granted; |
| 21:846 CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1s) | U.S.'s motion to dismiss remaining counts is granted; |
| 21:841(a)(1) DISTRIBUTION OF CONTROLLED SUBSTANCE (6-8) | U.S.'s motion to dismiss remaining counts is granted; |
| 21:841(a)(1) DISTRIBUTION OF CONTROLLED SUBSTANCE (6s-8s) | U.S.'s motion to dismiss remaining counts is granted; |
| 21:841(a)(1) DISTRIBUTION OF CONTROLLED SUBSTANCE (12-13) | U.S.'s motion to dismiss remaining counts is granted; |
| 21:841(a)(1) DISTRIBUTION OF CONTROLLED SUBSTANCE (12s-13s) | U.S.'s motion to dismiss remaining counts is granted; |
| 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE (14) | U.S.'s motion to dismiss remaining counts is granted; |
| 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE (14s) | U.S.'s motion to dismiss remaining counts is granted; |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**                                    represented by  **Robert A Ellis**
                                                          U S Attorney's Office - YAK
                                                          402 E Yakima Avenue
                                                          Suite 210
                                                          Yakima, WA 98901-2760
                                                          509-454-4425
                                                          Fax: 15094544435
                                                          Email:
                                                          USAWAE.REllisECF@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/16/2002 | 1 | INDICTMENT by USA Robert A Ellis. Guillermo Cardenas re Counts 1, 6-8, 12-13, 14 (Y/LRS) AUSA seeks detention (FmrEmp) (Entered: 10/23/2002) |
| 10/16/2002 | 2 | MOTION by USA to seal indictment & arrest warrant (FmrEmp) (Entered: 10/23/2002) |
| 10/16/2002 | 3 | ORDER Sealing Indictment & Arrest Warrant by Magistrate Judge Lonny R. Suko granting motion to seal indictment & arrest warrant [2-1] sealing case (cc: USA counsel) (FmrEmp) (Entered: 10/23/2002) |
| 10/24/2002 | 4 | MOTION by USA to unseal indictment (FmrEmp) (Entered: 10/25/2002) |
| 10/24/2002 | 5 | Proposed Order re motion to unseal indictment [4-1] submitted by plaintiff (FmrEmp) (Entered: 10/25/2002) |
| 10/25/2002 | 6 | ORDER Unsealing Indictment by Magistrate Judge Lonny R. Suko granting motion to unseal indictment [4-1] case unsealed (cc: USA counsel) (FmrEmp) (Entered: 10/28/2002) |
| 12/10/2002 | 7 | SUPERSEDING INDICTMENT Guillermo Cardenas count(s) 1s, 6s-8s, 12s-13s, 14s, 16s (Y/LRS) issued warrant (VR) (Entered: 12/11/2002) |
| 01/16/2003 |   | FAXED/MAILED Order continuing arraignment to all counsel (FmrEmp) (Entered: 01/16/2003) |
| 01/16/2003 | 8 | MOTION by USA for detention hearing (VR) (Entered: 01/17/2003) |
| 01/16/2003 | 9 | MINUTES: Hearing Location: Yakima CR/ER: FTR-Y before Magistrate Judge Lonny R. Suko Initial Appearance - (changed from Arraignment) arraignment reset to 1/21/03 at 9:00 am (VR) (Entered: 01/17/2003) |
| 01/17/2003 | 10 | ORDER Continuing Arraignment by Magistrate Judge Lonny R. Suko granting motion for detention hearing [8-1] detention hrg set before Magistrate Judge Lonny R. Suko 9:00 1/21/03 in Yakima, WA arraignment set before Magistrate Judge Lonny R. Suko 9:00 1/21/03 in |

| | | |
|---|---|---|
| | | Yakima, WA (cc: USA,USM,Prob,Atty) (VR) (Entered: 01/17/2003) |
| 01/22/2003 | | FAXED/MAILED Order Re: Discovery to all counsel (FmrEmp) (Entered: 01/22/2003) |
| 01/22/2003 | | FAXED/MAILED Order on Arraignment and Detention to all counsel (FmrEmp) (Entered: 01/22/2003) |
| 01/22/2003 | 11 | MINUTES: Hearing Location: Yakima CR/ER: FTR-Y before Magistrate Judge Lonny R. Suko Def arraigned on superseding indictment; detention hearing held - Court grants US Gov's Motion for Detention (VR) (Entered: 01/23/2003) |
| 01/22/2003 | 12 | ACKNOWLEDGEMENT of notice of rights (VR) (Entered: 01/23/2003) |
| 01/22/2003 | 13 | ORDER on Arraignment and Order of Detention by Magistrate Judge Lonny R. Suko (cc: USA,USM,Prob,Atty) (VR) (Entered: 01/23/2003) |
| 01/22/2003 | 14 | ORDER regarding discovery, pretrial motions, conflict of interest by Magistrate Judge Lonny R. Suko (cc: USA, ATTY) (VR) (Entered: 01/23/2003) |
| 01/28/2003 | 15 | ARREST Warrant returned executed as to defendant Guillermo Cardenas ; defendant arrested on 1/16/03 (VR) (Entered: 01/28/2003) |
| 02/13/2003 | 16 | APPEARANCE of Attorney for Guillermo Cardenas by Christopher Andrew Swaby (VR) (Entered: 02/18/2003) |
| 02/14/2003 | | Criminal Status Conference Notice ;pretrial conf set 11:30 3/19/03 for Guillermo Cardenas Richland, WA ; jury trial set 3/31/03 for Guillermo Cardenas Richland, WA (PW) (Entered: 02/14/2003) |
| 02/24/2003 | 17 | ORDER CONTINUING TRIAL DATE by Chief Judge Fred Van Sickle USA's motion to continue trial and pretrial conference is GRANTED; Trial briefs, proposed voir dire and proposed jury instructions due 3/17/03; pretrial conf RESET to 11:30 3/19/03 for Guillermo Cardenas Richland, WA; jury trial set 9:00 3/31/03 for Guillermo Cardenas Richland, WA; Counsel shall meet with the Court in Chambers at 8:30 (cc: all counsel) (RF) (Entered: 02/25/2003) |
| 03/03/2003 | | FAXED/MAILED order rescheduling PTC to all counsel (SAP) (Entered: 03/03/2003) |
| 03/03/2003 | 18 | ORDER RESCHEDULING PRETRIAL CONFERENCE by Chief Judge Fred Van Sickle ; pretrial conf reset 11:00 3/19/03 in Richland, WA (cc: all counsel, USM & Prob) (SAP) (Entered: 03/03/2003) |
| 03/18/2003 | 19 | UNOPPOSED MOTION by defendant for continuance (VR) (Entered: 03/19/2003) |
| 03/19/2003 | 20 | MINUTES: Hearing Location: Richland CR/ER: Mark Snover before Chief Judge Fred Van Sickle pretrial conference held - Def's atty Christopher Swaby (not present) - to proceed with matter via telephone conference soon (VR) (Entered: 03/20/2003) |
| | | |

| | | |
|---|---|---|
| 03/25/2003 | 21 | MINUTES: Hearing Location: Spokane CR/ER: Mark Snover before Chief Judge Fred Van Sickle telephone hearing held on 10:00 3/25/03 - deft not present at hearing (VR) (Entered: 03/25/2003) |
| 03/28/2003 | 22 | ORDER CONTINUING TRIAL by Chief Judge Fred Van Sickle granting motion for continuance [19-1] ;pretrial conf set 11:00 5/6/03 Richland, WA ;jury trial set 9:00 5/19/03 Richland, WA , All time from 3/31/03 - 5/19/03 is excluded; (cc: all counsel, prob & usm) (VR) (Entered: 03/28/2003) |
| 05/06/2003 | 23 | MINUTES: Hearing Location: Richland CR: Mark Snover before Chief Judge Fred Van Sickle change of plea hearing held ; deft not ready for a change in plea at this time (CR) (Entered: 05/07/2003) |
| 05/09/2003 | | SPECIAL HRG ASSIGNMENT change of plea set before Judge Edward F. Shea 3:30 5/15/03 for Guillermo Cardenas Richland, WA (PW) (Entered: 05/09/2003) |
| 05/09/2003 | 24 | ORDER by Chief Judge Fred Van Sickle rescheduling change of plea hearing to 5/15/03 3:30 in Richland, WA before Honorable Edward F Shea (cc: all counsel) (CR) (Entered: 05/09/2003) |
| 05/09/2003 | | SPECIAL HRG ASSIGNMENT change of plea set before Judge Edward F. Shea 3:30 5/15/03 for Guillermo Cardenas Richland, WA (CR) (Entered: 05/09/2003) |
| 05/15/2003 | 25 | MINUTES: Hearing Location: Richland CR/ER: Sue Haney before Judge Edward F. Shea Change of Plea hearing (VR) Modified on 05/19/2003 (Entered: 05/19/2003) |
| 05/15/2003 | 26 | PLEA Agreement (cc: all counsel and PROB) (VR) (Entered: 05/19/2003) |
| 05/15/2003 | 27 | ORDER by Judge Edward F. Shea Accepting Guilty Plea Guillermo Cardenas enters guilty plea to count 16 , ; jury trial vacated (cc: all counsel & prob) (VR) (Entered: 05/19/2003) |
| 05/15/2003 | 28 | SCHEDULE by Judge Edward F. Shea for Guideline Sentencing ;sentencing set 10:30 8/7/03 for Guillermo Cardenas Richland, WA (cc:USA, atty, USM, PROB) (VR) (Entered: 05/19/2003) |
| 05/15/2003 | 29 | ORDER Setting Briefing Schedule for Objection to PSR or Motion to depart from Guideline Sentence by Judge Edward F. Shea (cc: USA, Atty, Probation) (VR) (Entered: 05/19/2003) |
| 05/16/2003 | | FAXED/MAILED plea agreement to all counsel, Prob (CV) (Entered: 05/16/2003) |
| 05/16/2003 | | FAXED/MAILED order accepting guilty plea to all counsel, Prob (CV) (Entered: 05/16/2003) |
| 05/16/2003 | | FAXED/MAILED schedule for guideline sentencing to all counsel, Prob, USM (CV) (Entered: 05/16/2003) |
| 05/16/2003 | | FAXED/MAILED briefing schedule for obj to PSR . . . to all counsel, |

| | | |
|---|---|---|
| | | Prob (CV) (Entered: 05/16/2003) |
| 05/29/2003 | | FAXED/MAILED Order Rescheduling sentencing to all counsel, prob & usm (VR) (Entered: 05/29/2003) |
| 05/29/2003 | 30 | ORDER by Chief Judge Fred Van Sickle Rescheduling Sentencing Hearing ;sentencing set 10:30 8/12/03 for Guillermo Cardenas Richland, WA (cc:USA, atty, USM, PROB) (VR) (Entered: 05/30/2003) |
| 08/06/2003 | 31 | ORDER by Chief Judge Fred Van Sickle RESCHEDULING SENTENCING HEARING (cc:USA, atty, USM, PROB) (VR) (Entered: 08/06/2003) |
| 08/07/2003 | | FAXED/MAILED Order continuing sentencing to all counsel, prob & usm (VR) (Entered: 08/07/2003) |
| 08/07/2003 | 33 | ORDER by Chief Judge Fred Van Sickle CONTINUING SENTENCING granting motion for continuance [32-1] Sentencing hearing will be held on 9/17/03 at 11:00, Richland, WA; (cc: all counsel, prob & usm) (VR) (Entered: 08/11/2003) |
| 08/08/2003 | 32 | MOTION by defendant for continuance (VR) (Entered: 08/11/2003) |
| 09/15/2003 | 34 | ORDER RESCHEDULING SENTENCING HEARING by Senior Judge Justin L. Quackenbush sentencing hrg RESET to 1:30 9/18/03 for Guillermo Cardenas Yakima, WA (cc: all counsel, USM & Probation) (RF) (Entered: 09/15/2003) |
| 09/16/2003 | 35 | ORDER Continuing Sentencing by Chief Judge Fred Van Sickle sentencing hrg CONTINUED to 3:00 10/16/03 in Yakima, WA (cc: all counsel, prob & usm) (CR) (Entered: 09/16/2003) |
| 09/18/2003 | 36 | UNOPPOSED MOTION by defendant continuance (CP) (Entered: 09/18/2003) |
| 10/07/2003 | 37 | ORDER by Senior Judge Justin L. Quackenbush Rescheduling Sentencing Hearing ;sentencing set 3:30 10/15/03 for Guillermo Cardenas Yakima, WA (cc:USA, atty, USM, PROB) (VR) (Entered: 10/07/2003) |
| 10/09/2003 | | Courtroom Deputy Modification (Utility Event) ;sentencing hrg set 2:30 10/16/03 for Guillermo Cardenas Yakima, WA (PW) (Entered: 10/09/2003) |
| 10/17/2003 | | Courtroom Deputy Modification (Utility Event) ;sentencing hrg set 2:30 11/5/03 for Guillermo Cardenas Richland, WA , as to Guillermo Cardenas (PW) (Entered: 10/17/2003) |
| 10/28/2003 | | Courtroom Deputy Modification (Utility Event) ;sentencing hrg set 11:00 11/5/03 for Guillermo Cardenas Richland, WA (PW) (Entered: 10/28/2003) |
| 11/05/2003 | 38 | MINUTES: Hearing Location: Richland CR/ER: Debra Clark before Chief Judge Fred Van Sickle sentencing hearing held (VR) (Entered: 11/07/2003) |

| 11/10/2003 | 39 | JUDGMENT sentencing Guillermo Cardenas count 16s. Imprisonment 87 months w/credit for time served; Supervised Release 5 yrs; Fine waived; Restitution $3,335.00; S.A. $100.00; , dismissing counts 1s, 1 , 6s -8s , 6 -8 , 12s -13s , 12 -13 , 14s , 14 . , case terminated CrOB 89-51 (cc : USM, PROB, ATTY) (VR) (Entered: 11/10/2003) |
| --- | --- | --- |
| 11/20/2003 | 40 | NOTICE OF APPEAL TO 9CCA. by defendant Guillermo Cardenas [39-4] appealing Judgment and sentence filed 11/10/03 (c:9CCA,USA,USM,PROB,ATTY,CR) (VR) (Entered: 11/21/2003) |
| 11/20/2003 | 41 | MOTION by defendant for order of indigence (VR) (Entered: 11/21/2003) |
| 11/20/2003 | 42 | Proposed Order motion for order of indigence [41-1] submitted by defendant Guillermo Cardenas (VR) (Entered: 11/21/2003) |
| 11/20/2003 | 41 | ........ for appointment of counsel (VR) (Entered: 11/21/2003) |
| 11/26/2003 | 43 | ORDER by Chief Judge Fred Van Sickle IT IS HEREBY ORDERED def has failed to file an affidavit describing his assets and liabilities. Deft to obtain a financial affidavit from the District Court Executive. He shall complete the form and file it with the District Court Executive for the Court's Review; (cc: all counsel) (VR) Modified on 11/26/2003 (Entered: 11/26/2003) |
| 01/12/2004 | 44 | ORDER by Chief Judge Fred Van Sickle denying motion for appointment of counsel [41-1], denying motion for order of indigence [41-1] (cc: all counsel & 9CCA) (VR) (Entered: 01/12/2004) |
| 01/13/2004 | 45 | COPY 9CCA FEE PAYMENT NOTIFICATION-original forwarded to 9CCA. FORWARDED original Case Information Sheet and copy of Docket Entries to 9CCA./FILING FEE NOT PAID (VR) (Entered: 01/13/2004) |
| 01/13/2004 | 46 | COPY 9CCA ORDER FOR TIME SCHEDULE - original to 9CCA. Designation due: 2/3/04 Transcript due: 3/4/04 Open Brief due: 4/13/04 Appellees Brief due: 5/13/04 (VR) (Entered: 01/13/2004) |
| 01/26/2004 | 47 | APPEAL NUMBER FROM 9CCA. [40-1] 9CCA Number: 04-30019 Date appeal filed: 11/20/03 (PP) (Entered: 01/26/2004) |
| 02/23/2004 | 48 | RETURN on Judgment re [39-4] 2/12/04 - FCI - Safford, AZ (VR) (Entered: 02/23/2004) |
| 03/09/2004 | | SPECIAL ASSESSMENT - $40.00 paid (BOP - Receipt No. 57706). (TL) (Entered: 05/05/2004) |
| 03/22/2004 | 49 | COPY 9CCA ORDER: 9CCA: 04-30019 On 1/12/04 district court denied appellant's motion to proceed ifp. 2/5/04 court ordered appellant to either pay the fees or file a motion to proceed ifp in this court. To date appellant has done neither of these things. Appellant shall have one final opportunity to do so. Within 21 days after the date of this order, counsel Christopher A. Swaby, Esq., shall assist appellant to pay district court $255 filing and docketing fees for this appeal and filing in this court |

|  |  | proof of such payment or file in the is court a motion to proceed ifp accompanied by a completed cja 23 form. Failure to pay the fees or file a motion to proceed ifp may result in of the appeal for failure to prosecute. The briefing schedule established previously shall remain in effect. (VR) Modified on 04/13/2004 (Entered: 03/24/2004) |
|---|---|---|
| 06/08/2004 |  | SPECIAL ASSESSMENT - $40.00 paid (BOP Payment Report 6/04). (TL) (Entered: 07/20/2004) |
| 10/05/2004 |  | SPECIAL ASSESSMENT PAYMENT RECEIVED from BOP. Amount: $20.00 PAID IN FULL Receipt #: 09/04 IPAC (TL, ) (Entered: 10/28/2004) |
| 12/22/2004 | 50 | CJA 20 Appointment of Attorney Dan Bruce Johnson for Guillermo Cardenas. Signed by Judge Cynthia Imbrogno. (Attachments: # 1 letter to atty and 9CCA) (VR, Case Administrator) (Entered: 12/22/2004) |
| 12/28/2004 | 51 | COPY OF 9CCA ORDER re [40] 9CCA Notice of Appeal. 9CCA: 04-30019. Counsel shall be appointed. (RF, Case Administrator) (Entered: 12/28/2004) |
| 01/27/2005 | 53 | TRANSCRIPT DESIGNATION of Record on Appeal by Guillermo Cardenas re [40] 9CCA Notice of Appeal. Date Appeal Filed: 11/20/03. Court Reporter: Susan Haney. Type of Proceeding and Date of Hearing: Change of Plea - 5/15/03. 9CCA: 04-30019. (LE, Case Administrator) (Entered: 01/27/2005) |
| 01/27/2005 | 54 | TRANSCRIPT DESIGNATION of Record on Appeal by Guillermo Cardenas re [40] 9CCA Notice of Appeal. Date Appeal Filed: 11/20/03. Court Reporter: Debra Clark. Type of Proceeding and Date of Hearing: Sentencing - 11/5/03. 9CCA: 04-30019. (LE, Case Administrator) (Entered: 01/27/2005) |
| 02/02/2005 | 55 | REPORTER'S TRANSCRIPT: Type of proceeding(s): Change of Plea. Proceedings held on 5/15/03 in Richland, WA before Judge Edward F. Shea. Court Reporter: Susan E. Haney re [40] 9CCA Notice of Appeal. (VR, Case Administrator) (Entered: 02/02/2005) |
| 03/04/2005 | 56 | CERTIFICATE OF RECORD re [40] 9CCA Notice of Appeal filed by Guillermo Cardenas,. 9CCA Case Number: 04-30019 (VR, Case Administrator) (Entered: 03/04/2005) |
| 03/04/2005 | 57 | REPORTER'S TRANSCRIPT: Type of proceeding(s): Sentencing. Proceedings held on 11/5/03 in Richland before Judge Fred Van Sickle. Court Reporter: Debra Kinney Clark re [40] 9CCA Notice of Appeal. (VR, Case Administrator) (Entered: 03/04/2005) |
| 09/23/2005 | 58 | COPY OF 9CCA ORDER re [40] 9CCA Notice of Appeal. 9CCA: 04-30019 as to Guillermo Cardenas. Before: REINHARDT, RYMER and HAWKINS, Circuit Judges - The parties' motions to remand this case to the district court in light of the Supreme Court's decision in United States v. Booker are granted. We remand the sentence for further proceedings consistent with Untied States v. Ameline. REMANDED. (VR, Case |

| | | Administrator) (Entered: 09/23/2005) |
|---|---|---|
| 09/30/2005 | 59 | SCHEDULING ORDER as to Guillermo Cardenas **Resentencing set for 11/9/2005 02:30 PM in Richland** before Judge Fred Van Sickle. **The United States shall issue a writ for defendant's transport to the resentencing hearing.** Signed by Judge Fred Van Sickle. (VR, Case Administrator) (Entered: 09/30/2005) |
| 10/17/2005 | 60 | SCHEDULE FOR SENTENCING ON LIMITED REMAND as to Guillermo Cardenas. Accordingly, **IT IS HERERBY ORDERED** The schedule for Sentencing [49] is **VACATED**. REFERRING to Magistrate Judge - For Appointment of Counsel Michael W. Leavitt as to Guillermo Cardenas Sentencing set for **11/30/2005 06:30 PM Without Oral Argument** before Judge Fred Van Sickle. Signed by Judge Fred Van Sickle. (VR, Case Administrator) (Entered: 10/17/2005) |
| 10/17/2005 | 61 | COPY OF 9CCA ORDER re [40] 9CCA Notice of Appeal. 9CCA: 04-30019 as to Guillermo Cardenas. Before: REINHARDT, RYMER and HAWKINS, Circuit Judges. The parties' motions to remand are granted. (VR, Case Administrator) (Entered: 10/18/2005) |
| 10/17/2005 | 62 | MANDATE from 9CCA (certified copy) as to Guillermo Cardenas re [40] 9CCA Notice of Appeal. Decision of the District Court is Remanded. 9CCA: 04-30019. (VR, Case Administrator) (Entered: 10/18/2005) |
| 10/19/2005 | 63 | CJA 20 Appointment of Attorney Edwin F Alden for Guillermo Cardenas as to Guillermo Cardenas Signed by Judge Michael W. Leavitt. (VR, Case Administrator) (Entered: 10/20/2005) |
| 10/21/2005 | 64 | First MOTION to Continue by USA as to Guillermo Cardenas. (Ellis, Robert) (Entered: 10/21/2005) |
| 10/21/2005 | 65 | DECLARATION by Robert A. Ellis in Support of 64 First MOTION to Continue by USA as to Guillermo Cardenas. (Ellis, Robert) (Entered: 10/21/2005) |
| 10/21/2005 | 66 | MOTION to Expedite by USA as to Guillermo Cardenas. (Ellis, Robert) (Entered: 10/21/2005) |
| 10/21/2005 | 67 | NOTICE OF HEARING ON MOTION: re 64 First MOTION to Continue, 66 MOTION to Expedite: as to Guillermo Cardenas Motion Hearing set for 10/28/2005 at 06:30 PM Without Oral Argument for 64 and for 66, before Judge Fred Van Sickle (Ellis, Robert) (Entered: 10/21/2005) |
| 10/21/2005 | 68 | TEXT ORDER: no pdf attached -- finding as moot 64 Motion to Continue as to Guillermo Cardenas (1); finding as moot 66 Motion to Expedite as to Guillermo Cardenas (1). Signed by Judge Fred Van Sickle. (KJH, Judicial Assistant) (Entered: 10/21/2005) |
| 11/02/2005 | 69 | *Memorandum in Support of Defendant's Request for Re-Sentencing on Remand* SENTENCING MEMORANDUM by Guillermo Cardenas (Alden, Edwin) (Entered: 11/02/2005) |

| | | |
|---|---|---|
| 11/08/2005 | 70 | SENTENCING MEMORANDUM *Ameline Remand* by USA as to Guillermo Cardenas (Ellis, Robert) (Entered: 11/08/2005) |
| 03/07/2006 | 71 | ORDER as to Guillermo Cardenas **IT IS HEREBY ORDERED:** The Court declines to resentence the defendant. 62 Signed by Judge Fred Van Sickle. (VR, Case Administrator) (Entered: 03/07/2006) |
| 07/03/2007 | 73 | Supervised Release Jurisdiction Transferred to Northern District of California Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (VR, Case Administrator) (Entered: 07/03/2007) |
| 07/03/2007 | 75 | Letter from Virginia Reisenauer, Deputy Clerk to USDC Northern District of California dated July 3, 2007 as to Guillermo Cardenas (VR, Case Administrator) (Entered: 07/03/2007) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/03/2007 11:04:04 | | |
| **PACER Login:** | us4516 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:02-cr-06057-FVS |
| **Billable Pages:** | 7 | **Cost:** | 0.56 |

ATTEST A True Copy
JAMES R. LARSEN, CLERK
United States District Court
Eastern District of Washington
By: _____
          Deputy Clerk